## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DEVIN NOLLEY,**

    **Plaintiff,**

**v.**

**CITY OF EAST POINT, EAST POINT POLICE DEPARTMENT, OFFICER RODNEY ETIENNE, OFFICER SHIRON VARNER, CITY OF SOUTH FULTON, SOUTH FULTON POLICE DEPARTMENT and OFFICER DAVID JIRA,**

    **Defendants.**

**CIVIL ACTION FILE NO.:**

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 15th day of November, 2019, CITY OF

EAST POINT, EAST POINT POLICE DEPARTMENT, OFFICER RODNEY

ETIENNE, OFFICER SHIRON VARNER, CITY OF SOUTH FULTON, SOUTH

FULTON POLICE DEPARTMENT, and OFFICER DAVID JIRA, Defendants

named in the above-styled action (hereinafter referred to as "Defendants"), by and

through their respective counsel, and hereby remove the action entitled *DEVIN*

*NOLLEY v. CITY OF EAST POINT, EAST POINT POLICE DEPARTMENT,*

*OFFICER RODNEY ETIENNE, OFFICER SHIRON VARNER, CITY OF SOUTH*

458481.1

*FULTON, SOUTH FULTON POLICE DEPARTMENT, and OFFICER DAVID JIRA*, Civil Action File No. 19EV005433, presently pending in the State Court of Fulton County, State of Georgia. In support of removal, Defendants state as follows:

1.    On or about October 3, 2019, Plaintiff Devin Nolley ("Plaintiff") commenced an action by submitting for filing a Complaint in the State Court of Fulton County, State of Georgia, Civil Action File No. 19EV005433.

2.    On or about October 17, 2019, copies of the Complaint and Summons issued by the State Court of Fulton County, State of Georgia, were delivered to Defendant Rodney Etienne.

3.    On or about October 17, 2019, copies of the Complaint and Summons issued by the State Court of Fulton County, State of Georgia, were delivered to Defendant City of East Point.

4.    On or about October 17, 2019 copies of the Complaint and Summons issued by the State Court of Fulton County, State of Georgia, were delivered to Defendant East Point Police Department.

5.    On or about October 18, 2019, copies of the Complaint and Summons issued by the State Court of Fulton County, State of Georgia, were delivered to Defendant City of South Fulton.

458481 1

6.      On or about October 18, 2019, copies of the Complaint and Summons issued by the State Court of Fulton County, State of Georgia, were delivered to Defendant City of South Fulton.

7.      On or about October 22, 2019, Plaintiff filed a Sheriff's Entry of Service dated October 17, 2019 stating, "Shiron Varner no longer works at above address per Lt. G. Robinson."

8.      On or about October 28, 2019, copies of the Complaint and Summons issued by the State Court of Fulton County, State of Georgia, were delivered to Defendant David Jira.

9.      On or about November 6, 2019, Plaintiff filed a Sheriff's Entry of Service dated November 4, 2019 stating, "South Fulton Police Department on Vacation for Two Weeks."

10.      In accordance with 28 U.S.C. § 1446(a), attached hereto as "Exhibit A," is all the process, pleadings, and orders that have been received by Defendants in this action to date.

11.      Defendants have **not** filed responsive pleadings in the action commenced by the Plaintiff in the State Court of Fulton County, Georgia.

458481.1

12.     In his Complaint, Plaintiff asserts a claim for a violation of Plaintiff's rights under the Fourth and Fourteenth Amendments of the United States Constitution under 42 U.S.C. § 1983. (*See* Complaint.)

13.     This court has original jurisdiction pursuant to 28 U.S.C. § 1331, and the case is therefore removable pursuant to 28 U.S.C. § 1441(a).

14.     Venue is proper in this district because the Northern District of Georgia embraces Fulton County, Georgia where the original lawsuit is pending pursuant to 28 U.S.C. § 1441(a).

15.     Pursuant to 28 U.S.C. § 1446(b), these Defendants are filing this Notice of Removal with this Court, within 30 days of receipt of the Complaint by Defendants.

16.     A Notice to State Court of Removal to Federal Court is being filed with the State Court of Fulton County, Georgia. A true and correct copy of said Notice is attached hereto as "Exhibit B."

17.     This Notice of Removal is hereby signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

18.     Defendants hereby notify this Honorable Court, and by service of this Notice of Removal on all parties to the suit originally brought in state court, that they

458481.1

hereby remove the case filed in state court to the United States District Court for the Northern District of Georgia, Atlanta Division.

WHEREFORE, these Defendants respectfully request that this Notice of Removal be deemed good and sufficient, and that proceedings attached hereto be removed from the State Court for the County of Fulton, State of Georgia, to the docket of this Honorable Court.

Respectfully submitted this 15th day of November, 2019.

> **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**
>
> By:   /s/ J. Anderson Davis
>       J. ANDERSON DAVIS
>       Georgia Bar No. 211077
>
> By:   /s/ Samuel L. Lucas
>       SAMUEL L. LUCAS
>       Georgia Bar No. 142305

Post Office Box 5007
Rome, Georgia 30162-5007
Phone: (706) 291-8853
Fax: (706) 234-3574
adavis@brinson-askew.com
slucas@brinson-askew.com

*Attorneys for Defendants City of South Fulton, South Fulton Police Department, and Office David Jira*

458481.1

**OWEN GLEATON EGAN JONES SWEENEY, LLP**

By:   /s/ Derrick L. Bingham
       DERRICK L. BINGHAM
       Georgia Bar No. 141217

1180 Peachtree Street N.E.
Suite 3000
Atlanta, GA 30309
Phone: (404) 688-2600
Fax: (404) 404-525-4347
Bingham@owengleaton.com

*Attorneys for Defendants City of East Point
and East Point Police Department*

**THE DUKES LAW NETWORK LLC**

By:   /s/ Grady K. Dukes
       GRADY K. DUKES
       Georgia Bar No. 232465

2890 GA Highway 212
Suite A219
Conyers, GA 30094
Phone: (678) 902-2583
grady@dukeslaw.org

*Attorneys for Defendant Rodney Etienne*

## CERTIFICATE OF SERVICE

I, J. ANDERSON DAVIS, do hereby certify that I have this day served a

copy of the within and foregoing **Notice of Removal** upon the parties at interest by

placing the foregoing in the U.S. Mail, postage pre-paid, addressed as follows:

Jackie Patterson, Esquire
The Patterson Firm
2964 Peachtree Road
Suite 260
Atlanta, GA 30305

Carlos E. Moore, Esquire
Tucker Moore Group
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902-1487
*Attorneys for Plaintiff*

Derrick L. Bingham, Esquire
Owen Gleaton Egan Jones Sweeney, LLP
1180 Peachtree Street N.E.
Suite 3000
Atlanta, GA 30309
*Attorneys for Defendants City of East Point and East Point Police Department*

Grady K. Dukes, Esquire
Georgia Bar No. 232465
The Dukes Law Network LLC
2890 GA Highway 212, Suite A219
Conyers, GA 30094
*Attorneys for Defendant Officer Rodney Etienne*

458481.1

- 8 -

This 15th day of November, 2019.

                                    **BRINSON, ASKEW, BERRY, SEIGLER,**
                                    **RICHARDSON & DAVIS, LLP**

                                    By:    /s/ J. Anderson Davis
                                           J. ANDERSON DAVIS
                                           Georgia Bar No. 211077

Post Office Box 5007                *Attorneys for Defendants City of South*
Rome, Georgia 30162-5007            *Fulton, South Fulton Police Department,*
Phone: (706) 291-8853               *and Office David Jira*
Fax: (706) 234-3574
adavis@brinson-askew.com

458481.1