# Exhibit "A"

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

DEVIN NOLLEY,

                                                    Civil Action No._____

       Plaintiff,

v.

CITY OF EAST POINT
     c/o Frederick D. Gardiner
     City Manager
     2757 East Point Street
     East Point, Georgia 30344

EAST POINT POLICE
DEPARTMENT
     c/o Tommy Gardner, Jr.
     Chief of Police
     2727 East Point Street
     East Point, Georgia 30344


OFFICER RODNEY ETIENNE
     2727 East Point Street
     East Point, Georgia 30344

OFFICER SHIRON VARNER
     2727 East Point Street
     East Point, Georgia 30344


CITY OF SOUTH FULTON
     c/o Odie Donald II
     City Manager
     5440 Fulton Industrial Boulevard, SW
     South Fulton, GA 30336

SOUTH FULTON POLICE
DEPARTMENT
     c/o Keith Meadows
     Chief of Police
     5539 Old National Hwy
     College Park, GA 30349

**OFFICER DAVID JIRA**
5539 Old National Hwy
College Park, GA 30349

*Defendants.*

## COMPLAINT

COMES NOW, Devin Nolley ("Plaintiff"), by and through his attorneys, Jackie Patterson of The Patterson Firm and Carlos Moore of Tucker Moore Group, filing this Complaint against The City of East Point, The East Point Police Department, Officer Rodney Etienne, Officer Shiron Varner, The City of South Fulton, The South Fulton Police Department, and Officer David Jira from South Fulton (collectively, "Defendants").

### NATURE OF THE CASE

1.     This civil action is brought under 42 U.S.C. §§1983 and 1988, the Fourth and Fourteenth Amendments to the U.S. Constitution.

2.     This is a 42 U.S.C. § 1983 action brought in State Court as Main v. Thiboutot, 448 U.S. 1, 10-1.1 (1980) permits "[s]ection 1983 actions may be brought in state court."

3.     This civil action seeks money damages and injunctive relief for the East Point Police Department ("EPPD") and South Fulton Police Department's ("SFPD") (collectively "Defendant Departments") pattern and practice of using unlawful and excessive force against fleeing suspects in violation of their constitutional right to be free from such unlawful force.

4.     Defendant Departments' pattern and practice of using excessive force cultivated an environment that led to Defendants Etienne, Varner, and Jira ("Defendant Officers") unlawfully shooting Devin Nolley ("Mr. Nolley") twice in the legs and twice in the back as he fled,

weaponless, from the officers.

## JURISDICTION AND VENUE

5.      This court has jurisdiction over the claims in this complaint under 28 U.S.C. §§1331, 1343, and 1367.

6.      Venue is proper in this Court because the event giving rise to this claim occurred in Fulton County, Georgia, and because one or more of the Defendants reside within Fulton County, Georgia.

7.      Plaintiff provided timely notice to the appropriate Defendants.

## PARTIES

8.      Plaintiff is a 35-year-old resident of **FULTON COUNTY** that is paralyzed from the waist down.

9.      At all times relevant to this Complaint, Defendant City of East Point was a municipal corporation and governmental entity within the meaning of the federal and Georgia State Constitutions. Defendant City of East Point, through its departments, agents, servants and or employees, conducted certain police functions within the geographical borders of the City of East Point, in Georgia. Defendant City of East Point was responsible for hiring police officers, including, but not limited to, Defendants Etienne and Varner. Defendant City of East Point exercised policy-making authority for the Defendant EPPD; established the policies and procedures for screening, hiring, appointing, training, monitoring, and supervising police officers at the EPPD; and enforced the duties, conduct, and discipline of police officers and other employees at the EPPD. Defendant EPPD is a department of the City of East Point government which was responsible for, and through its agents, servants and/or employees undertook, police functions in the City of East Point. Defendants Etienne and Varner were

agents, servants or employees of the EPPD and the City of East Point during the subject

encounter giving rise to the various claims asserted herein. Defendant City of East Point is

accordingly named as a party and a substitute party defendant.

10.     At all times relevant to this Complaint, Defendant Etienne is/was a police officer with

the EPPD, acting under color of law as a police officer pursuant to policies, practices, customs,

and usages of the EPPD and the City of East Point and within the scope of his employment with

Defendant City of East Point.  He is being sued in his official capacity as a police officer for the

EPPD and in his personal capacity.

11.     At all times relevant to this Complaint, Defendant Varner is/was a police officer with the

EPPD, acting under color of law as a police officer pursuant to policies, practices, customs, and

usages of the EPPD and the City of East Point and within the scope of her employment with

Defendant City of East Point.  She is being sued in his official capacity as a police officer for

the EPPD and in her personal capacity.

12.     At all times relevant to this Complaint, Defendant City of South Fulton was a municipal

corporation and governmental entity within the meaning of the federal and Georgia State

Constitutions. Defendant City of South Fulton, through its departments, agents, servants and or

employees, conducted certain police functions within the geographical borders of the City of

South Fulton, in Georgia. Defendant City of South Fulton was responsible for hiring police

officers, including, but not limited to, Defendant Jira. Defendant City of South Fulton exercised

policy-making authority for the Defendant SFPD; established the policies and procedures for

screening, hiring, appointing, training, monitoring, and supervising police officers at the SFPD;

and enforced the duties, conduct, and discipline of police officers and other employees at the

SFPD. Defendant SFPD is a department of the City of South Fulton government which was

responsible for, and through its agents, servants and/or employees undertook, police functions in the City of South Fulton. Defendant Jira was an agent, servant or employee of the SFPD and the City of South Fulton during the subject encounter giving rise to the various claims asserted herein. Defendant City of South Fulton is accordingly named as a party and a substitute party defendant.

13.     At all times relevant to this Complaint, Defendant Jira is/was a police officer with the SFPD, acting under color of law as a police officer pursuant to policies, practices, customs, and usages of the SFPD and the City of South Fulton and within the scope of his employment with Defendant City of South Fulton.  He is being sued in his official capacity as a police officer for the SFPD and in his personal capacity.

## FACTUAL ALLEGATIONS RELATED TO ALL CLAIMS

14.     Shortly after 11:00 a.m. on or about Friday, December 28, 2018, Mr. Nolley was operating a vehicle near a RaceTrac station on Camp Creek Parkway.

15.     A vehicle pursuit began involving Defendants Etienne and Varner after they noticed Mr. Nolley near Carmia Drive in the nearby Camp Creek Marketplace.

16.     The vehicle pursuit extended to Interstate 285 southbound, wherein Defendant Jira joined the pursuit.

17.     Mr. Nolley exited the vehicle on Interstate 285.

18.     Mr. Nolley fled on foot upon exiting the vehicle.

19.     Mr. Nolley was unarmed when he exited the vehicle and fled on foot.

20.     Despite the fact that Mr. Nolley had exited the vehicle and posed no danger to the Defendant Officers, Defendant Officers fired their service weapons at Mr. Nolley, striking him twice in the legs and twice in the back.

21.     Defendant Officers' bullets struck Mr. Nolley, thereby paralyzing him from the waist down.

22.     Mr. Nolley had not committed any violent offense, was not wanted for any violent offense, and Defendant Officers had no reason to believe Mr. Nolley posed a safety threat to anyone as he fled on foot.

23.     At the time where Defendant Officers shot Mr. Nolley from behind, they seized him within the meaning of the federal and Georgia state constitutions. The officers did not have a particularized or objective suspicion that Plaintiff was armed and dangerous nor did they have probable cause that he had committed a crime.

24.     There was no legal cause to justify the use of force against Plaintiff, and the force used against Plaintiff was unreasonable and excessive.

25.     At all times relevant to this Complaint, the conduct of Defendant Officers was in willful, reckless, and callous disregard of Plaintiff's rights under federal and state law.

26.     At the time that Defendant Officers encountered Plaintiff, the law established that law enforcement officers shall not stop citizens without reasonable suspicion of criminal activity, shall not use excessive force in detaining or arresting citizens, and shall not use deadly force on fleeing suspects that do not pose a significant threat of death or serious bodily harm to the officer or others.

27.     Because Defendant Officers acted with actual malice, and with specific intent to injure or commit a wrongful act, they are not entitled to official immunity under Georgia law.

28.     Alternatively, Defendant Officers are not entitled to official immunity under Georgia law to the extent they acted outside the scope of their permissible authority and were thus engaged in negligent or tortious conduct in the performance of a ministerial duty.

29.     Accordingly, Defendant Officers are liable to Plaintiff for assault, battery, false arrest, false imprisonment, abuse of a person in custody and negligence under the laws of the State of Georgia, and abuse in violation of the Georgia Constitution.

30.     As a direct and proximate result of the conduct of all Defendants, Plaintiff suffered and continues to suffer physical and psychological harm, pain and suffering, some or all of which may be permanent, and financial losses.

**COUNT I**
Excessive Force
42 U.S.C. §1983
Plaintiff v. Defendant Officers

31.     Plaintiff refers to, and incorporate by reference, paragraphs 1 through 30 as if fully set forth herein.

32.     Mr. Nolley had a constitutional right under the Georgia Constitution and the United States Constitution to be free from, to be secure in his person and to maintain his bodily integrity against unreasonable assaults of his person and excessive force.

33.     Mr. Nolley had a constitutionally protected liberty interest under the Fourteenth Amendment in personal security, bodily integrity and freedom from unjustified intrusions on personal security, including bodily restraint and punishment without due process of law.

34.     Defendant Officers violated Plaintiff's rights under the state and federal constitutions by using unjustified and unreasonable deadly force against him as he fled on foot unarmed.

35.     Defendant Officers' conduct in shooting Plaintiff twice in the legs and twice in the back unlawfully subjected Plaintiff to excessive, unreasonable, and unnecessary physical force.

36. Defendant Officers' actions, as described herein, were objectively unreasonable, willful and wanton, in light of the facts and circumstances.

37. The acts and omissions of Defendant Officers, described herein, violated Plaintiff's clearly established rights, which reasonable people in Defendant Officers' position knew or should have known.

38. As a direct and proximate result of the excessive force used by Defendant Officers in shooting at Mr. Nolley as he fled, Mr. Nolley suffered conscious physical, mental, and emotional pain and suffering, incurred medical expenses including all reasonably necessary medical and hospital services furnished, lost future earnings, and suffered other economic and non-economic damages recoverable.

39. These injuries, damages and other losses continue into the present and will continue into the foreseeable future.

**COUNT II**
(§1983 *Monell* Claim – Official Policy and Failure to Train, Discipline, and Supervise)
U.S.C. §1983
Plaintiff v. Defendants City of East Point, EPPD, City of South Fulton, and SFPD

40. Plaintiffs refer to, and incorporate by reference, paragraphs 1 through 30 as if fully set forth herein.

41. The Defendants City of East Point, EPPD, City of South Fulton, and SFPD and through their policymakers, had in force and effect at the time of the conduct complained of in this Complaint, a policy, practice or custom of using excessive force against fleeing suspects in violation of the Fourth Amendment.

42.     Defendants City of East Point, EPPD, City of South Fulton, and SFPD by and through their policymakers, failed to ensure through custom, policy and/or practice that officers would not use excessive force against fleeing suspects.

43.     Defendants City of East Point, EPPD, City of South Fulton, and SFPD by and through their policymakers, had actual or constructive notice of such failures to train, supervise and provide policies to its employees such that it was foreseeable that officers would use excessive force depriving persons, including Devin Nolley, of his constitutional right to be free from excessive force.

44.     Defendants City of East Point, EPPD, City of South Fulton, and SFPD by and through its policymakers, failed to adequately supervise, train or discipline their employees, though it was foreseeable that constitutional violations and harm of the type in Devin Nolley's case would be the likely result of such failures.

45.     Such failure to train, screen, supervise, and discipline and such unconstitutional municipal customs, practices and/or policies amounted to gross negligence, deliberate indifference, or intentional misconduct which directly and proximately caused the suffering, damages and injuries previously set forth herein.

46.     As a direct and proximate result of the foregoing policies, failures, practices, or customs, Defendant Officers used excessive force in shooting at Mr. Nolley and Mr. Nolley suffered all damages complained of herein.

### COUNT III
(State Law Claim – Complaint for Personal Injury Under The Georgia Constitution And Georgia Common Law)
Plaintiff v. Defendants

47.     Plaintiff refers to, and incorporate by reference, all paragraphs stated herein.

48.     The aforementioned conduct of Defendants Officers also constitutes the torts of assault,

battery, false arrest, false imprisonment, and negligence under Title 51 of the Official Code of

Georgia Annotated, as well as abuse during the course of an arrest in violation of Art. I, Sec. I,

Par. 17 of the Georgia Constitution.

49.     Because Defendant Officers acted with actual malice, and with specific intent to injure

or commit a wrongful act, they are not entitled to official immunity under Georgia law.

50.     Alternatively, Defendant Officers are not entitled to official immunity under Georgia

law to the extent they acted outside the scope of their permissible authority and were thus

engaged in negligent or tortious conduct in the performance of a ministerial duty.

51.     Accordingly, Defendant Officers are liable to Plaintiff for assault, battery, false arrest,

false imprisonment, abuse of a person in custody and negligence under the laws of the State of

Georgia, and abuse in violation of the Georgia Constitution.

52.     The actions of Defendants City of East Point, EPPD, City of South Fulton, and SFPD

additionally constitute the tort of negligent entrustment under the laws of the State of Georgia.

## RELIEF REQUESTED

53.     Enjoin Defendants from engaging in further misconduct described herein and direct it to

take all affirmative steps necessary to properly train officers not to use excessive force on

fleeing suspects.

54.     An order and judgment awarding damages of thirty million dollars ($30,000,000.00) for

lost wages and benefits, emotional pain, suffering, inconvenience, mental anguish, pain,

suffering, medical treatment, and other non-pecuniary, pre and post judgement interest,

attorneys' fees, costs and expert fees, and further relief as the Court deems just and proper.

55.     An order and judgment awarding punitive or aggravated damages because Defendant

Officers acted with evil motive, actual malice, deliberate oppression, conscious indifference and reckless disregard for the consequences, or with willful disregard for Mr. Nolley's rights, and Defendant Officers conduct was outrageous, grossly fraudulent, or reckless toward Mr. Nolley' safety.

56.     An order and judgment retaining jurisdiction over this action to assure full compliance with orders of the court.

## DEMAND FOR TRIAL BY JURY

Plaintiffs hereby prays a trial by jury on each of his claims.

Respectfully submitted,

THE PATTERSON FIRM

/S/Jackie Patterson
Jackie Patterson
2964 Peachtree Rd. Suite 260
Atlanta Ga. 30305
Ga. Bar. No. 566511
404-841-4081
jackie@jackiepatterson.com
*Counsel for Plaintiff*

TUCKER MOORE GROUP

/S/Carlos E. Moore
Carlos E. Moore
*Pro Hac Vice Application To Be Submitted*
306 Branscome Drive
PO BOX 1487
Grenada, MS 38902-1487
Mississippi Bar No. 100685
O: (662) 227-9940
carlos@tuckermoorelaw.com
*Lead Counsel for Plaintiff*

State Court of Fulton County
\*\*\*EFILED\*\*\*
**General Civil and Domestic Relations Case Filing Information Form**
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

☐ Superior or ☒ State Court of **FULTON** County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ | Case Number _____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**
NOLLEY  DEVIN

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**
CITY OF SOUTH FULTON GA

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

CITY OF SOUTH FULTON POLICE DEPT

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

JIRA  DAVID

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** JACKIE PATTERSON **Bar Number** 566511 **Self-Represented** ☐

### Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ _____
Case Number          Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

State Court of Fulton County
***EFILED***

**General Civil and Domestic Relations Case Filing Information Form**

File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM

☐ Superior or ☒ State Court of _FULTON_ County

LeNora Ponzo, Chief Clerk
Civil Division

| For Clerk Use Only | |
| --- | --- |
| Date Filed _____<br>MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**

NOLLEY, DEVIN

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |

**Defendant(s)**

CITY OF EAST POINT GA

| Last | First | Middle I. | Suffix | Prefix |
| --- | --- | --- | --- | --- |
| CITY OF EAST POINT POLICE DEPT | | | | |
| ETIENNE | RODNEY | | | |
| VARNER | SHIRON | | | |

Plaintiff's Attorney  JACKIE PATTERSON  Bar Number 566511  Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____  _____
Case Number       Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.18

**GEORGIA, FULTON COUNTY**

State Court of Fulton County
***EFILED***

DO NOT WRITE IN THIS SPACE

File & ServeXpress

**STATE COURT OF FULTON COUNTY**
**Civil Division**

CIVIL ACTION FILE #: _____

Transaction ID: 64309266
Case Number: 19EV005433
Date: Oct 11 2019 02:53PM
LeNora Ponzo, Chief Clerk
Civil Division

DEVIN NOLLEY
_____
_____

Plaintiff's Name, Address, City, State, Zip Code

vs.

CITY OF EAST POINT
GEORGIA
_____

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON

Address: 2964 PEACHTREE Rd SUITE 260

City, State, Zip Code: ATLANTA GA 30305   Phone No.: 404-841-4081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.   _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20____.   _____ Foreperson

### (STAPLE TO FRONT OF COMPLAINT)

**GEORGIA, FULTON COUNTY**

State Court of Fulton County
DO NOT WRITE IN THIS SPACE          ***EFILED***

**STATE COURT OF FULTON COUNTY**
**Civil Division**

CIVIL ACTION FILE #: _____

File & ServeXpress
Transaction ID: 64309684
Case Number: 19EV005433
Date: Oct 11 2019 03:02PM
LeNora Ponzo, Chief Clerk
Civil Division

DEVIN NOLLEY
C/O THE PATTERSON FIRM
1964 PEACHTREE Rd SUITE 260

Plaintiff's Name, Address, City, State, Zip Code
ATLANTA GA 30305
vs.

CITY OF EAST POINT
POLICE DEPARTMENT
C/O TOMMY GARDNER JR

Defendant's Name, Address, City, State, Zip Code
2727 EAST POINT ST EAST POINT GA
30344

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | *********** |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON

Address: 2964 PEACHTREE Rd SUITE 260

City, State, Zip Code: ATLANTA GA 30305          Phone No.: 4048414081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.          _____
          DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

GEORGIA, FULTON COUNTY

**State Court of Fulton County**
DO NOT WRITE IN THIS SPACE     ***EFILED***

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

File & ServeXpress
Transaction ID: 64309768
Case Number: 19EV005433
Date: Oct 11 2019 03:07PM
LeNora Ponzo, Chief Clerk
Civil Division

DEVIN NOLLEY C/O
THE PATTERSON FIRM
2964 PEACHTREE Rd, SUITE 260
ATLANTA GA 30305

Plaintiff's Name, Address, City, State, Zip Code

vs.
OFFICER RODNEY ETIENNE

2727 EAST POINT ST
EAST POINT GA 30344

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | *********** |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON
Address: 2964 PEACHTREE Rd SUITE 260
City, State, Zip Code: ATLANTA GA 30305     Phone No.: 4048414081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**GEORGIA, FULTON COUNTY**

**State Court of Fulton County**
DO NOT WRITE IN THIS SPACE        ***EFILED***
File & ServeXpress
Transaction ID: 64309822
Case Number: 19EV005433
Date: Oct 11 2019 03:11PM
LeNora Ponzo, Chief Clerk
Civil Division

**STATE COURT OF FULTON COUNTY**
**Civil Division**

**CIVIL ACTION FILE #:** _____

DEVIN NOLLEY c/o
THE PATTERSON FIRM
2964 PEACHTREE Rd SUITE 260
Plaintiff's Name, Address, City, State, Zip Code
ATLANTA GA 30305
vs.

OFFICER SHIRON VARNER
2727 EAST POINT ST
EAST POINT GA 30344
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON

Address: 2964 PEACHTREE Rd SUITE 260

City, State, Zip Code: ATLANTA GA 30305       Phone No.: 4048414081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***

Served, this _____ day of _____, 20_____.     _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**GEORGIA, FULTON COUNTY**

**State Court of Fulton County**

DO NOT WRITE IN THIS SPACE     ***EFILED***

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

File & ServeXpress
Transaction ID: 64309858
Case Number: 19EV005433
Date: Oct 11 2019 03:14PM
LeNora Ponzo, Chief Clerk
Civil Division

DEVIN NOLLEY C/O.
THE PATTERSON FIRM
2964 PEACHTREE Rd SUITE 260
ATLANTA GA 30305

Plaintiff's Name, Address, City, State, Zip Code

vs.

CITY OF SOUTH FULTON GA
C/O ODIE DONALD II
440 FULTON IND BLVD, SW
SOUTH FULTON GA 30336

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | *********** |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON

Address: 2964 PEACHTREE Rd SUITE 260

City, State, Zip Code: ATLANTA GA 30305          Phone No.: 404 841 4081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.     _____

DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20_____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**GEORGIA, FULTON COUNTY**

**State Court of Fulton County**
DO NOT WRITE IN THIS SPACE     ***EFILED***

**STATE COURT OF FULTON COUNTY**
**Civil Division**

File & ServeXpress
Transaction ID: 64309878
Case Number: 19EV005433
Date: Oct 11 2019 03:16PM
LeNora Ponzo, Chief Clerk
Civil Division

CIVIL ACTION FILE #: _____

*DEVIN NOLLEY, c/o*
*THE PATTERSON FIRM*
*2964 PEACHTREE Rd*
*SUITE 260 ATL GA 30305*

Plaintiff's Name, Address, City, State, Zip Code

vs.

*CITY OF SOUTH FULTON*
*POLICE DEPARTMENT*
*c/o KIETH MEADOWS*
*5539 OLD NATIONAL HWY*
*COLLEGE PARK GA 30349*

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING:  PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: *JACKIE PATTERSON*

Address: *2964 PEACHTREE Rd SUITE 260*

City, State, Zip Code: *ATLANTA GA 30305*          Phone No.: *4048414081*

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED,** via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.     _____
                                                                                          DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20____.     _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**GEORGIA, FULTON COUNTY**

State Court of Fulton County
DO NOT WRITE IN THIS SPACE        ***EFILED***

**STATE COURT OF FULTON COUNTY**
**Civil Division**

CIVIL ACTION FILE #: _____

File & ServeXpress
Transaction ID: 64309904
Case Number: 19EV005433
Date: Oct 11 2019 03:20PM
LeNora Ponzo, Chief Clerk
Civil Division

DEVIN NOLLEY C/O
THE PATTERSON FIRM
2964 PEACHTREE Rd SUITE 260
ATLANTA GA 30305

Plaintiff's Name, Address, City, State, Zip Code

vs.

OFFICER DAVID JIRA
CITY OF SOUTH FULTON POLICE
539 OLD NATIONAL HWY, COLLEGE
PARK GA 30349

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON
Address: 2964 PEACHTREE Rd SUITE 260
City, State, Zip Code: ATLANTA GA 30305        Phone No.: 4048414081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

_____

**SERVICE INFORMATION:**

Served, this _____ day of _____, 20_____.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

SHERIFF'S ENTRY OF SERVICE

State Court of Fulton County

Civil Action No. _____

Date Filed _____

| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court |
| Juvenile Court ☐ | |

***FILED***
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

Georgia, _____FULTON_____ COUNTY

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

Name and Address of Party to Served

FREDERICK A. GARDINER
CITY MANAGER
2757 EAST POINT ST
EAST POINT GA 30344

DEVIN NOLLEY
_____ Plaintiff

VS.

CITY OF EAST POINT G
_____
_____ Defendant

_____
_____ Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____ In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

DEPUTY _____

**PLAINTIFF'S COPY**

SHERIFF'S ENTRY OF SERVICE

State Court of Fulton County

Civil Action No. _____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ ***E-FILED*** |
| State Court ☒ | Probate Court ☐ Filed & ServeXpress |
| Juvenile Court ☐ | Transaction ID: 64272839 |

Date Filed _____

Georgia, __FULTON__ COUNTY

Date: Oct 03 2019 12:00AM
Cathelene Robinson, Chief Clerk
Civil Division

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

DEVIN NOLLEY

Plaintiff

VS.

Name and Address of Party to Served

EAST POINT POLICE DEPT
c/o TOMMY GARDNER JR
2727 EAST POINT ST
EAST POINT GA 30344

EAST POINT POLICE DEP

Defendant

_____

_____

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**

☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

_____

DEPUTY

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

State Court of Fulton County

\*\*\*FILED\*\*\*
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
Cathelene Robinson, Chief Clerk
Civil Division

Civil Action No. _____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, _FULTON_ COUNTY

Attorney's Address

*JACKIE PATTERSON*
*2964 PEACHTREE Rd*
*SUITE 260 ATL GA 30305*

_DEVIN NOLLEY_
Plaintiff

VS.

Name and Address of Party to Served

*RODNEY ETIENNE*
*2727 EAST POINT ST*
*EAST POINT GA 30344*

_OFFICER RODNEY ETIENN_

_____
Defendant

_____

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

_____
DEPUTY

**PLAINTIFF'S COPY**

SHERIFF'S ENTRY OF SERVICE

State Court of Fulton County

Civil Action No. _____

Superior Court ☐    Magistrate Court ☐
State Court ☒    Probate Court ☐
Juvenile Court ☐

*** FILED ***
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

Date Filed _____

Georgia, _FULTON_ COUNTY

Attorney's Address

*JACKIE PATTERSON*
*2964 PEACHTREE Rd*
*SUITE 260 ATLANTA GA 30305*

Name and Address of Party to Served

*SHIRON VARNER*
*2727 EAST POINT ST*
*EAST POINT GA 30344*

*DEVIN NOLLEY*
                               Plaintiff

VS.

*OFFICER SHIRON VARNER*

                               Defendant

                               Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

    DEPUTY

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

State Court of Fulton County

Civil Action No. _____

Date Filed _____

Superior Court ☐    Magistrate Court ☐

State Court ☒    Probate Court ☐

Juvenile Court ☐

***FILED***
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

Georgia, _____ FULTON _____ COUNTY

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

DEVIN NOLLEY

Plaintiff

VS.

CITY OF SOUTH FULTON

Name and Address of Party to Served

CITY OF SOUTH FULTON
C/o ODIE DONALD II
5440 FULTON IND BLVD, SW
SOUTH FULTON GA 30336

Defendant

_____

_____

_____

Garnishee

## SHERIFF'S ENTRY OF SERVICE

### PERSONAL
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

### NOTORIOUS
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

### CORPORATION
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____ In charge of the office and place of doing business of said Corporation in this County.

### TACK & MAIL
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

### NON EST
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____.

DEPUTY

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

**State Court of Fulton County**

*** FILED ***
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk
Civil Division

Civil Action No. _____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Date Filed _____

Georgia, _FULTON_ COUNTY

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATLANTA GA 30305

DEVIN NOLLEY
                                        Plaintiff

VS.

SOUTH FULTON POLICE DEP

Name and Address of Party to Served

SOUTH FULTON POLICE DEPT
C/o KEITH MEADOWS
5539 OLD NATIONAL HWY
College PARK GA 30349

_____
                                        Defendant

_____

_____
                                        Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
Served the defendant _____ a corporation
☐ by leaving a copy of the within action and summons with _____ In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20___.

_____

DEPUTY

**PLAINTIFF'S COPY**

SHERIFF'S ENTRY OF SERVICE

State Court of Fulton County

Civil Action No. _____

Date Filed _____

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court |
| Juvenile Court ☐ | |

***EFILED***
File & ServeXpress
Transaction ID: 64272839
Date: Oct 03 2019 12:00AM
LeNora Ponzo, Chief Clerk

Georgia, *FULTON* COUNTY Civil Division

Attorney's Address

*JACKIE PATTERSON*
*2964 PEACHTREE Rd*
*SUITE 260 ATL GA 30305*

*DEVIN NOLLEY*

Plaintiff

VS.

*OFFICER DAVID JIRA*

Name and Address of Party to Served

*DAVID JIRA*
*5539 OLD NATIONAL NWY*
*COLLEGE PARK GA 30349*

Defendant

_____

_____

_____

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy
☐ of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _____ day of _____, 20_____.

_____
DEPUTY

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 19EV005433

Date Filed _____

Superior C
State Court
Juvenile C

Georgia, __

**State Court of Fulton County**
***EFILED***
**File & ServeXpress**
Transaction ID: 64339310
Case Number: 19EV005433
Date: Oct 22 2019 10:33AM
LeNora Ponzo, Chief Clerk
Civil Division

Attorney's Address
JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

Name and Address of Party to Served
FREDERICK D. GARDINER
CITY MANAGER
2757 EAST POINT ST
EAST POINT GA 30344

DEVIN NOLLEY
Plaintiff

VS.

CITY OF EAST POINT GA
Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant  City of East Point GA _____ a corporation
☒ by leaving a copy of the within action and summons with  Frederick D. Gardiner (city manager)
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 17 day of October, 2019.

DEPUTY

_____ #432

**PLAINTIFF'S COPY**

**State Court of Fulton County**
***EFILED***
**File & ServeXpress**
Transaction ID: 64339310
Case Number: 19EV005433
Date: Oct 22 2019 10:33AM
LeNora Ponzo, Chief Clerk
Civil Division

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 19EV005433

Date Filed _____

Superior Co:
State Court
Juvenile Court

Georgia, ____

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

DEVIN NOLLEY
Plaintiff

VS.

EAST POINT POLICE DEPT

Name and Address of Party to Served

EAST POINT POLICE DEPT
c/o TOMMY GARDNER JR
2727 EAST POINT ST
EAST POINT GA 30344

Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows:
age, about _____ years: weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _East Point Police Dept._____ a corporation
☐ by leaving a copy of the within action and summons with _Frederick Gardiner (City manager)_
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This _17_ day of _October_, 20_19_.

DEPUTY

#432

**CLERK'S COPY**

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 19EV005433

Date Filed _____

**State Court of Fulton County**
***EFILED***
**File & ServeXpress**
Transaction ID: 64339310
Case Number: 19EV005433
Date: Oct 22 2019 10:33AM
LeNora Ponzo, Chief Clerk
Civil Division

Superior Court
State Court
Juvenile Court

Georgia, ____

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

DEVIN NOLLEY
Plaintiff

VS.

OFFICER RODNEY ETIENNE

Name and Address of Party to Served

RODNEY ETIENNE
2727 EAST PoiNT ST
EAST PoiNT GA 30344

_____
Defendant

_____

_____

_____
Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
I have this day served the defendant    Rodney Etienne    personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This  17  day of  October , 20 19.

DEPUTY

PLAINTIFF'S COPY

**State Court of Fulton County**
***EFILED***
**File & ServeXpress**
Transaction ID: 64339310
Case Number: 19EV005433
Date: Oct 22 2019 10:33AM
LeNora Ponzo, Chief Clerk
Civil Division

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 19EV005433

Superior Court
State Court
Juvenile Court

Date Filed _____

Georgia, F

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATLANTA GA 30305

DEVIN NOLLEY
Plaintiff

VS.

OFFICER SHIRON VARNER
Defendant

Name and Address of Party to Served

SHIRON VARNER
2727 EAST POINT ST
EAST POINT GA 30344

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.
no longer works at above address per Lt. G. Robinson
This 17 day of Oct , 20 19.

DEPUTY

**CLERK'S COPY**

#432

Eady, Fred C - GA#Georgia
GA State Court of Fulton County
185 Central Ave SW
TG100
AtlantaGA30303



0023378 1004935/1    XXX 000075 00000000 001 003 00022 INS: 0 0

**City of South Fulton Georgia**

**C/O Odie Donald II**

**5440 Fulton Ind Blvd SW**

**South Fulton, GA 30336**

---

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you
recognize the sender and know the content is safe.


~Sender~
~Person~Eady, Fred C - GA#Georgia
~Organization~GA State Court of Fulton County
~Address1~185 Central Ave SW
~Address2~TG100
~City~Atlanta
~State~GA
~Zip5~30303

~Recipient~
~Code~64335219$90824647+11
~Person~City of South Fulton Georgia
~Address1~C/O Odie Donald II
~Address2~5440 Fulton Ind Blvd SW
~City~South Fulton
~State~GA
~Zip5~30336


To:          City of South Fulton Georgia
From:        Eady, Fred C - GA#Georgia
Subject:     Service of Documents in Devin Nolley vs City of East Point, Et. Al, . City of South
Fulton, Et Al

You are being served documents that have been electronically submitted in Devin Nolley vs City of East
Point, Et. Al, . City of South Fulton, Et Al through File & ServeXpress. The details for this transaction
are listed below.

Court:                    GA State Court of Fulton County
Case Name:                Devin Nolley vs City of East Point, Et. Al, . City of South
Fulton, Et Al
Case Number:              19EV005433
Transaction ID:           64335219
Document Title(s):
    Service On City Of South Fulton (1 page)
Authorized Date/Time:     Oct 21 2019 11:47AM EDT
Authorizer:                   Fred C Eady
Authorizer's Organization: GA State Court of Fulton County
Sending Parties:
            N/A
Served Parties:
            City of South Fulton Georgia


Form GS971 v.0.11



XXX 000075 00000000 001 003 00022 INS: 0 0

Service On City Of S



XXX 000076 00000000 002 003 00022 INS: 0 0

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 19EV005433

Date Filed _____

**State Court of Fulton County**

Superior Court ☐
State Court ☒
Juvenile Court ☐

Georgia, _FULTON_ COUNTY

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

DEVIN NOLLEY
                                                    Plaintiff

VS.

Name and Address of Party to Served

CITY OF SOUTH FULTON
C/O ODIE DONALD II
5440 FULTON INA BLVD, SW
SOUTH FULTON GA 30336

CITY OF SOUTH FULTON
                                                    Defendant

                                                    Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows;
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant,

**CORPORATION**
Served the defendant __City__ of __South__ __Fulton__ a corporation
☒ by leaving a copy of the within action and summons with __Odie__ __Donald__ __II__
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This __18__ day of __OCT__, 20 __19__

DEPUTY

**CLERK'S COPY**



XXX 000077 00000000 003 003 00022 INS: 0 0

**GEORGIA, FULTON COUNTY**

**STATE COURT OF FULTON COUNTY**
Civil Division

**State Court of Fulton County**
\*\*\*EFILED\*\*\*
DO NOT WRITE IN THIS SPACE

**File & ServeXpress**
Transaction ID: 64309858
Case Number: 19EV005433
Date: Oct 11 2019 03:14PM
LeNora Ponzo, Chief Clerk
Civil Division

**CIVIL ACTION FILE #:** _____

DEVIN NOLLEY c/o.
THE PATTERSON FIRM
2964 PEACHTREE Rd SUITE 260
ATLANTA GA 30305

Plaintiff's Name, Address, City, State, Zip Code

vs.

CITY OF SOUTH FULTON GA
c/o ODIE DONALD II
5440 FULTON IND BLVD, SW
SOUTH FULTON GA 30336

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

**SUMMONS**

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: JACKIE PATTERSON
Address: 2964 PEACHTREE Rd SUITE 260
City, State, Zip Code: ATLANTA GA 30305   Phone No.: 404 841 4081

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED,** via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this ___18___ day of ___OCT___, 20_19_.

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

**SHERIFF'S ENTRY OF SERVICE**

Civil Action No. 19EV005433

Date Filed _____

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATL GA 30305

Name and Address of Party to Served

DAVID JIRA
5539 OLD NATIONAL NWY
COLLEGE PARK GA 30349

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 64375377
Case Number: 19EV005433
Date: Oct 31 2019 03:47PM
LeNora Ponzo, Chief Clerk
Civil Division

Superior Court ☐
State Court ☒
Juvenile Court ☐

Georgia, FULTON

DEVIN NOLLEY
Plaintiff

VS.

OFFICER DAVID JIRA

_____
Defendant

_____

_____

_____
Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ DAVID JIRA _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

☐ Delivered same into hands of _____ described as follows;
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

☐ by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in un
☐ envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
☐ not to be found in the jurisdiction of this Court.

This 28 day of OCT , 20 19

_____ LT. P. B___ 416 _____

DEPUTY

**CLERK'S COPY**

State Court of Fulton County
***EFILED***

File & ServeXpress
Transaction ID: 64392668
Case Number: 19EV005433
Date: Nov 06 2019 10:25AM
LeNora Ponzo, Chief Clerk
Civil Division

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 19EV005433

Superior C
State Court
Juvenile Co

Georgia, _FUL_

Date Filed _____

Attorney's Address

JACKIE PATTERSON
2964 PEACHTREE Rd
SUITE 260 ATLANTA GA 30305

DEVIN NOLLEY

Plaintiff

VS.

SOUTH FULTON POLICE DEPT

Name and Address of Party to Served

SOUTH FULTON POLICE DEPT

C/o ~ 'TH MEADOWS

5539 OLD NATIONAL HWY

COLLEGE PARK GA 30349

Defendant

Garnishee

**SHERIFF'S ENTRY OF SERVICE**

**PERSONAL**
I have this day served the defendant _____ personally with a copy
of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION**
Served the defendant _____ a corporation

by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises
designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an
envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice
to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _SoI. Filton Police Department_
not to be found in the jurisdiction of this Court. _on Vacation for This Week_

This __7__ day of _Nov_, 20 _19_

DEPUTY

**PLAINTIFF'S COPY**