# Exhibit "B"

210004.1

**IN THE STATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| DEVIN NOLLEY, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF EAST POINT, EAST POINT POLICE DEPARTMENT, OFFICER RODNEY ETIENNE, OFFICER SHIRON VARNER, CITY OF SOUTH FULTON, SOUTH FULTON POLICE DEPARTMENT and OFFICER DAVID JIRA, <br><br> Defendants. | **CIVIL ACTION NO. 19EV005433** |

## NOTICE TO STATE COURT OF REMOVAL TO UNITED STATES DISTRICT COURT

PLEASE TAKE NOTICE that, on the 15th day of November, 2019, CITY OF EAST POINT, EAST POINT POLICE DEPARTMENT, OFFICER RODNEY ETIENNE, OFFICER SHIRON VARNER, CITY OF SOUTH FULTON, SOUTH FULTON POLICE DEPARTMENT and OFFICER DAVID JIRA, Defendants ("Defendants") in the above-styled action, filed a Notice of Removal with the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta Division, and that said filing effects removal of this action to the United States District Court for the Northern District of Georgia, Atlanta Division. A copy of the Notice of Removal and its exhibits are attached hereto as "Exhibit A."

Pursuant to 28 U.S.C. § 1446(d), "the State Court shall proceed no further unless and until the case is remanded."

458560.1

Respectfully submitted this 15th day of November, 2019.

        **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

        By:   /s/ J. Anderson Davis
               J. ANDERSON DAVIS
               Georgia Bar No. 211077

        By:   /s/ Samuel L. Lucas
               SAMUEL L. LUCAS
               Georgia Bar No. 142305

Post Office Box 5007
Rome, Georgia 30162-5007
Phone: (706) 291-8853
Fax: (706) 234-3574
adavis@brinson-askew.com
slucas@brinson-askew.com

*Attorneys for Defendants City of South Fulton, South Fulton Police Department, and Office David Jira*

        **OWEN GLEATON EGAN JONES SWEENEY, LLP**

        By:   /s/ Derrick L. Bingham
               DERRICK L. BINGHAM
               Georgia Bar No.

1180 Peachtree Street N.E.
Suite 3000
Atlanta, GA 30309
Phone: (404) 688-2600
Fax: (404) 404-525-4347
Bingham@owengleaton.com

*Attorneys for Defendants City of East Point and East Point Police Department*

458560.1

 

**THE DUKES LAW NETWORK LLC**

By:   /s/ Grady K. Dukes
       GRADY K. DUKES
       Georgia Bar No. 232465

2890 GA Highway 212
Suite A219
Conyers, GA 30094
Phone: (678) 902-2583
grady@dukeslaw.org

*Attorneys for Defendant Rodney Etienne*

458560.1

- 3 -

## **CERTIFICATE OF SERVICE**

I, J. ANDERSON DAVIS, do hereby certify that I have this day served a copy of the within and foregoing **Notice to State Court of Removal to United States District Court** upon the parties at interest by placing the foregoing in the U.S. Mail, postage pre-paid, addressed as follows:

Jackie Patterson, Esquire
The Patterson Firm
2964 Peachtree Road
Suite 260
Atlanta, GA 30305

Carlos E. Moore, Esquire
Tucker Moore Group
306 Branscome Drive
P.O. Box 1487
Grenada, MS 38902-1487
*Attorneys for Plaintiff*

Derrick L. Bingham, Esquire
Owen Gleaton Egan Jones Sweeney, LLP
1180 Peachtree Street N.E.
Suite 3000
Atlanta, GA 30309
*Attorneys for Defendants City of East Point and East Point Police Department*

Grady K. Dukes, Esquire
Georgia Bar No. 232465
The Dukes Law Network LLC
2890 GA Highway 212, Suite A219
Conyers, GA 30094
*Attorneys for Defendant Officer Rodney Etienne*

458560.1

- 4 -

- 5 -

This 15th day of November, 2019.

             **BRINSON, ASKEW, BERRY, SEIGLER,**
             **RICHARDSON & DAVIS, LLP**

             By: /s/ J. Anderson Davis
                J. ANDERSON DAVIS
                Georgia Bar No. 211077

Post Office Box 5007       *Attorneys for Defendants City of South*
Rome, Georgia 30162-5007     *Fulton, South Fulton Police Department,*
Phone: (706) 291-8853       *and Office David Jira*
Fax: (706) 234-3574
adavis@brinson-askew.com

458560.1

- 5 -