IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVIN NOLLEY<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF EAST POINT; EAST POINT POLICE DEPARTMENT; OFFICER RODNEY ETIENNE; OFFICER SHIRON VARNER; CITY OF SOUTH FULTON, SOUTH FULTON POLICE DEPARTMENT; OFFICER DAVID JIRA<br><br>    Defendants. | CIVIL ACTION<br>FILED NO. 1:19-cv-05189-CAP |

## CONSENT ORDER

This cause came on to be heard on the Motion for Extension of Time to File Response in Opposition to Defendants' Separate Motions to Dismiss [Doc. 2, Doc. 3, Doc. 4, & Doc. 8]. The Court being advised in the premises, and noting the agreement of the parties, finds that the motion is well taken and is therefore sustained.

IT IS, THEREFORE, ORDERED that Plaintiff Devin Nolley be permitted 7 days from the current deadline of December 5, 2019 to file his Responses to Defendants' Separate Motions to Dismiss. Plaintiff Devin Nolley must submit his Response to Defendants' Separate Motions to Dismiss no later than December 12, 2019.

SO ORDERED, this the _____ day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

| CONSENTED TO: | CONSENTED TO: |
|---|---|
| /S/ Jackie Patterson | /S/ J. Anderson Davis |

Jackie Patterson, Ga. Bar No. 566511
THE PATTERSON FIRM
2964 Peachtree Road, Suite 260
Atlanta, GA 30305
404-841-4081 – phone
Email: jackie@jackiepatterson.com

/S/ Carlos E. Moore

Carlos E. Moore, MSB# 100685
*(to be admitted Pro Hac Vice)*
THE COCHRAN FIRM – MS Delta
306 Branscome Drive
P. O. Box 1487
Grenada, MS 38902-1487
662-227-9940 – phone
662-227-9941 – fax
Email: cmoore@cochranfirm.com
*Attorneys for Plaintiff*

J. Anderson Davis, Ga. Bar No. 211077
Samuel L. Lucas, Ga. Bar No. 142305
BRINSON, ASKEW, BERRY, SEIGLER,
    RICHARDSON & DAVIS, LLP
P. O. Box 5007
Rome, GA 30162-5007
706-291-8853 – phone
706-234-3574 – fax
Email: adavis@brinson-askew.com
    slucas@brinson-askew.com
*Attorneys for Defendant City of Fulton,
South Fulton Police Dept., & Officer Jira*

/S/ Derrick L. Bingham

Derrick L. Bingham, Ga. Bar No. 141217
Julie R. Comer, Ga. Bar No. 380547
OWEN, GLEATON, EGAN, JONES,
    & SWEENER, L.L.P.
1180 Peachtree Street, N.E. Suite 3000
Atlanta, GA 30309
404-688-2600 – phone
Email: Bingham@OwenGleaton.com
    jcomer@OwenGleaton.com
*Attorneys for Defendant City of East Point*