IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVIN NOLLEY,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER RODNEY ETIENNE, OFFICER SHIRON VARNER, OFFICER DAVID JIRA,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:19-cv-05189-CAP |

## THE PARTIES' JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF STAY

COME NOW, Plaintiff Devin Nolley, Officer Rodney Etienne, Officer Shiron Varner, and Officer David Jira ("The Parties") and file this their Joint Status Report in response to the Court's August 18, 2021 Order staying this case and Request for Extension of Stay, showing the Court as follows:

On August 18, 2021, this Court granted the Parties' Joint Motion to Stay [Doc. 81] and stayed this case for 180 days. (August 18, 2021 Order [Doc. 82].) The Court also ordered the Parties to "file a status report regarding the criminal investigations and the impact they have on this matter." (*Id.* at 2-3.)

874088.1

Page 1

As The Parties previously reported, counsel for Officer Jira has attempted to obtain criminal-investigation documents from both the Georgia Bureau of Investigation and the Fulton County District Attorney's Office. (*See* Mot. to Stay Br. [Doc. 75-1] at 2-3.) As of the filing of the Joint Motion to Stay, the GBI had refused production and stated that the case was still pending. (*See id.* at Ex. A [Doc. 75-2] at 2.) As of the time of that filing, the Fulton County District Attorney's Office had not provided a substantive response to Officer Jira's counsel. On July 28, 2021, Don Geary of the Fulton County District Attorney's Office, informed counsel for Officer Jira that the case was still under investigation for possible prosecution, but that "the unit handling th[e] case [states] that they hope it to be resolved this year or no later than May (ish) of 2022." [*See* Doc. 81-1.]

Since that time, counsel for Officer Jira has communicated further with the Fulton County District Attorney's Office. On December 1, 2021, Officer Jira's counsel spoke with Assistant District Attorney Alex Cain, who indicated that the Fulton County District Attorney's Office has an open and pending investigation concerning the incident that occurred on December 28, 2018. Counsel for Officer Jira spoke with Assistant District Attorney Cain again in late January 2022. During that conversation, Assistant District Attorney Cain indicated that his office

874088.1

Page 2

was still reviewing the matter, and that there were no other updates, other than that his office hoped to make a charging decision by May of this year.

The GBI's report and any other criminal investigatory materials remain critically important to factual determinations in this case.  Based on the information provided by the Fulton County District Attorney's Office and the importance of the GBI's report, the Parties jointly request that this Court extend the stay for at least another 60 days, or until the Fulton County District Attorney's Office makes its determination, or for a period of time suitable to the Court.  If the stay is extended, the Parties will provide a status report in the week prior to the expiration of the stay.

* * *

This certifies that The Parties Joint Status Report and Request for Extension of Stay was prepared with Times New Roman 14 point font in accordance with this Court's Local Rules.

874088.1

Respectfully submitted this 9th day of February, 2022.

                                    **BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

                                    By:   /s/ J. Anderson Davis
                                             J. ANDERSON DAVIS
                                             Georgia Bar No. 211077
                                             SAMUEL L. LUCAS
                                             Georgia Bar No. 142305

Post Office Box 5007                      *Attorneys for Defendant Officer David Jira*
Rome, Georgia 30162-5007
Phone: (706) 291-8853
Fax: (706) 234-3574
adavis@brinson-askew.com
slucas@brinson-askew.com

                                    **BUCKLEY CHRISTOPHER, P.C.**

                                    /s/ Taylor Hensel
                                    TIMOTHY J. BUCKLEY III
                                    Georgia State Bar No. 092913
                                    TAYLOR W. HENSEL
                                    Georgia State Bar No. 572754

2970 Clairmont Road
Suite 650                                          *Attorneys for Defendants Etienne and*
Atlanta, GA 30329                       *Varner*
404-633-9230
tbuckley@bchlawpc.com
thensel@bchlawpc.com

874088.1

|  |  |
|---|---|
|  | **THE PATTERSON FIRM** |
|  | /s/ Jackie A. Patterson |
|  | JACKIE PATTERSON |
|  | Georgia Bar No. 566511 |
| 2964 Peachtree Road | |
| Suite 260 | |
| Atlanta, GA 30305 | |
| Telephone: 404-841-4081 | |
| jackie@jackiepatterson.com | |
|  | **TUCKER MOORE GROUP** |
|  | /s/ Carlos E. Moore |
|  | CARLOS E. MOORE |
|  | Mississippi Bar No. 100685 |
| 306 Branscome Drive | |
| P.O. Box 1487 | |
| Grenada, MS 38902-1487 | |
| Telephone: 662-227-9940 | |
| carlow@tuckermoorelaw.com | |
|  | **THE COCHRAN FIRM CALIFORNIA** |
|  | /s/ James A. Bryant |
|  | JAMES A. BRYANT |
|  | Admitted Pro Hac Vice |
|  |  |
|  | *Attorneys for Plaintiff* |
| 4929 Wilshire Blvd. | |
| Suite 1010 | |
| Los Angeles, California 90010 | |
| 323-435-8205 | |
| James.bryant@thecalawgroup.com | |

874088.1

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed **Defendants' Status Report and Request for Extension of Stay** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following parties at interest:

| | |
|---|---|
| Jackie Patterson, Esquire<br>The Patterson Firm<br>jackie@jackiepatterson.com<br>*Attorney for Plaintiff* | James A. Bryant<br>The Cochran Firm California<br>james.bryant@thecalawgroup.com<br>*Attorneys for Plaintiff* |
| Carlos E. Moore, Esquire<br>The Cochran Firm-MS<br>cmoore@cochranfirm.com<br>*Attorney for Plaintiff* | Timothy J. Buckley III<br>Taylor W. Hensel<br>tbuckley@bchlawpc.com<br>thensel@bchlawpc.com<br>*Attorneys for Officer Rodney Etienne and Officer Shiron Varner* |

This 9th day of February, 2022.

**BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP**

By: /s/ J. Anderson Davis
     J. ANDERSON DAVIS
     Georgia Bar No. 211077

Post Office Box 5007
Rome, Georgia 30162-5007

*Attorneys for Defendant Officer David Jira*

874088.1