UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEVIN NOLLEY, <br><br> Plaintiff, <br><br> v. <br><br><br> OFFICER RODNEY ETIENNE, OFFICER SHIRON VARNER, and OFFICER DAVID JIRA, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:19-CV-5189-CAP |

### O R D E R

This matter is before the court on the parties' joint request for extension of stay [Doc. No. 88]. A hearing was held on this matter on March 9, 2022, which was attended by representatives from the Fulton County District Attorney's Office. Based on representations at the hearing that the Fulton County District Attorney's Office intends to proceed against two of the defendants in early April, the court GRANTS the parties' motion and STAYS this case until May 16, 2022. At the conclusion of the stay, the parties are DIRECTED to file a status report notifying the court of any developments in this matter.

SO ORDERED, this 9th day of March, 2022.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
United States District Judge